FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT EDNY.

★ MAY 20 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONNECTICUT INDEMNITY COMPANY,
et al.,

                Plaintiffs,

-against-

JOAN TODD, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 1912 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 28, 2005, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated January 3, 2005; granting the motions for summary judgment filed by Rorun, D&W Transport, Granited State, West Motor Freight, E.F. Corporation, Clarendon and GEICO; granting the motion for summary judgment by Gerald holding Connecticut Indemnity responsible for defending the underlying action; denying plaintiff's motion for summary judgment holding West Motor Freight, E.F. Corporation, and Clarendon responsible for defending the underlying action; and denying the motion for summary judgment filed by Connecticut Indemnity; it is

JUDGMENT
01-CV- 1912 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, is adopted; that the motions for summary judgment filed by Rorun, D&W Transport, Granite State, West Motor Freight, E.F. Corporation, Clarendon and GEICO is granted; that the motion for summary judgment filed by Gerald holding Connecticut Indemnity responsible for defending the underlying action is granted; that plaintiff's motion for summary judgment holding West Motion Freight, E.F. Corporation, and Clarendon responsible for defending the underlying action is denied; and that the motion for summary judgment filed by Connecticut Indemnity is denied.

Dated: Brooklyn, New York
May 18, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court